Omero Banuelos, SBN 228267
415 W. Foothill Blvd. Suite 202
Claremont CA 91711
(626) 909-929-0737

Attorney for Debtor, VIRGINIA VON SCHAEFER MD, INC.

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>VIRGINIA VON SCHAEFER MD,<br><br>INC.            Debtor.<br><br>_____ | Case No.: 8:22-bk-11547 TA<br><br>**AMENDED NOTICE OF MOTION AND MOTION FOR ORDER EXTENDING TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS PURSUANT TO FED. RULE OF BANKR. PROC. 1007; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF VIRGINIA ANN VON SCHAEFER**<br><br>[No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(p)] |

**AMENDED NOTICE OF MOTION AND MOTION FOR ORDER
EXTENDING TIME TO FILE SCHEDULES AND STATEMENT OF
FINANCIAL AFFAIRS**

1

**TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL CREDITORS:**

VIRGINIA VON SCHAEFER MD, INC. the debtor and debtors-in-possession in the above-captioned chapter 11 bankruptcy cases ("Debtor"), hereby submit to the Court this Motion for Order Extending Time to File Schedules and Statement of Financial Affairs Pursuant to Fed. Rule of Bankr. Proc. 1007 ("Motion"). By this Motion, the Debtors request that the Court extend the present deadline of September 22, 2022 (the "Current Deadline"), for the filing of the respective schedules of assets and liabilities and statements of financial affairs for eleven (11) days to October 3, 2022.

Debtor had requested an extension to October 6, 2022. Upon discussion with the United States Trustees office, Debtor will file schedules by October 3, 2022, prior to the meeting of creditors.

The Debtors request that the Court grant this Motion without a hearing as provided for in Local Bankruptcy Rule ("Local Rule") 9013-1(p). The Debtors will serve this Motion on all creditors. The Debtors will promptly lodge an order that the Court may use to rule on this Motion, as the Court may rule without a hearing and without an opportunity for any party to file a request for hearing.

**I. JURISDICTION AND VENUE**

**AMENDED NOTICE OF MOTION AND MOTION FOR ORDER EXTENDING TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The Debtors consent to the entry of a final order by the Court in connection with this Motion to the extent it is later determined that the Court, absent consent of the parties, cannot enter final order or judgments consistent with Article III of the United States Constitution. Venue of these Cases and this Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## II.    BACKGROUND FACTS

On September 8, 2022 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Central District of California (the "Court"). The Debtors continue to operate and manage their affairs as debtors and debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The first meetings of creditors in these Cases pursuant to 11 U.S.C. § 341(a) are set to take place on October 6, 2022.

The Debtors operates a medical practice. Debtor is engaged in a lease dispute with its landlord that resulted in unlawful detainer proceeding. As a result the Debtor scrambled to undertake an emergency bankruptcy filing. Since then, the Debtors and their professionals have worked tirelessly to gather the information

required of the Debtor in order to file accurate schedules. Unfortunately, Debtor's bookkeeper was unable to provide accurate information to timely file the required schedules.

### III. MEMORANDUM OF POINTS AND AUTHORITIES

Federal Rule of Bankruptcy Procedure ("Bankruptcy Rule") 1007(c) requires that the Debtors file their bankruptcy schedules and statements of financial affairs no later than fourteen days after the Petition Date, or September 22, 2022. Bankruptcy Rule 1007(c) also provides that the filing deadline may be extended, providing that "any extension of time to file schedules, statements, and other documents required under this rule may be granted only on motion for cause shown."

The Debtor and their legal and financial advisors commenced work in connection with these Cases little more than a day before the Petition Date. Due to the demands on the Debtor created by, among other things: (i) filing the Case and the financial difficulties attendant therewith, (ii) the need to maintain continuity in the Debtors' businesses, (iii) the inadequate information provided by the bookkeeper ,the Debtor will not be able to complete the respective schedules and statements of financial affairs by the Current Deadline.   Given the foregoing, the Debtors require a brief extension of the Current Deadline to do so.

**AMENDED NOTICE OF MOTION AND MOTION FOR ORDER EXTENDING TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

Because the requested extension of time: (i) is reasonable, (ii) will allow the Debtors to file more complete and accurate schedules and statement of financial affairs, (iii) will not prejudice creditors, and (iv) is an accordance with the timing parameters requested by the Debtors believe that cause has been shown for the requested extension from the current the Current Deadline to and including October 3, 2022. This is the Debtors' first request for an extension and is without prejudice to further requests, if necessary.

IV.   CONCLUSION

The Debtors respectfully request that the Court extend the Current Deadline for the filing of their schedules and statement of financial affairs to and including October 3, 2022.

Dated: 9/23/22                     /s/ Omero Banuelos
                                   Omero Banuelos, Attorney for Debtor

**AMENDED NOTICE OF MOTION AND MOTION FOR ORDER EXTENDING TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

## **DECLARATION OF VIRGINIA ANN VON SCHAEFER**

I, Virginia Ann Von Schaefer, declare as follows:

1. I am the President of debtor in this action. I declare that all of the following is true and correct to the best of my personal knowledge and if called upon as a witness I could and would competently testify to the truthfulness of these statements. this case, and by any other facts, evidence, and arguments as may be presented at the time of the hearing on this motion.

2. I run a medical practice under the corporation of Virginia Von Schaefer MD, Inc., ("Debtor"). Due to an unlawful detainer action, I filed an emergency bankruptcy petition.

3. I have reviewed the balance sheet, profit loss statements and quick books entries provided by Debtor's bookkeeper. I have identified significant deficiencies and inaccurate entries which require further review and correction.

4. As a result, I am replacing the current bookkeeper and I am engaging a CPA to assist in reviewing and correcting the financial statements and accounting. I will be amending the balance sheet and profit loss. In addition, I will require additional time to file the remaining schedules and plan with accurate financial information.

**AMENDED NOTICE OF MOTION AND MOTION FOR ORDER EXTENDING TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

6

5. I am requesting an additional 11 days to review and file accurate schedules and plan.

I declare under penalty of perjury that the foregoing is true and correct.

Executed September 23, 2022, at Laguna Niguel, California.

                */s/ Virginia Von Schaefer*
                Virginia Von Schaefer

**AMENDED NOTICE OF MOTION AND MOTION FOR ORDER EXTENDING TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

7