Mark M. Sharf
Subchapter V Trustee
6080 Center Drive, 6th Floor
Los Angeles, CA  90045
Telephone:  (323)612-0202
Email:  mark@sharflaw.com

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br>VIRGINIA VON SCHAEFER MD, INC<br><br>Debtor(s). | Case Number:  8:22-bk-11547-TA<br><br>Chapter 11<br><br>**STIPULATION TO DISMISS BANKRUPTCY CASE** |

   WHEREAS, the within bankruptcy case was filed as a Chapter 11, Subchapter V case on September 8, 2022.  Mark M. Sharf was appointed as Subchapter V Trustee on September 9, 2022 and Tamar Terzian of Epps & Coulson LLP was appointed as the Patient Care Ombudsman on September 23, 2022;

   WHEREAS, the only creditor in this case is Mission Hospital Regional Medical Center. Whereas, Mission Hospital Regional Medical Center ("Mission Hospital") and the Debtor have agreed in principle to resolve their differences regarding vacation and surrender of the real property leased by Mission Hospital to the Debtor (the "Property"), and are in the process of documenting their agreement, and as a result, Mission Hospital and the Debtor consent to the dismissal of this bankruptcy case;

WHEREAS, on September 28, 2022, the United States Trustee filed a motion to dismiss or convert case which is currently scheduled to be heard on November 29, 2022 at 10:30 a.m., along with the status hearing in this case;

WHEREAS, the Subchapter V Trustee has billed more than $6,500 for services in this case, and Tamar Terzian has billed more than $2,000 for her services in this case. Whereas, Mark Sharf has agreed to accept $6,500 in full satisfaction of his claim for services rendered in this case and Tamar Terzian has agreed to accept $1,500 in full satisfaction for her services rendered in this case;

WHEREAS, the Debtor paid Mark Sharf Trustee a total of $8,000 on November 25, 2022 and the Trustee has agreed from that sum to disburse to Tamar Terzian $1,500 forthwith and to retain the remaining portion for the balance of his fees.

NOW, THEREFORE, it is hereby agreed:

1. The within bankruptcy case shall be dismissed forthwith;

2. The Subchapter V Trustee is authorized to retain $6500 for his services rendered in this case and is hereby ordered to pay $1500 to Tamar Terzian on account of her fees as the Patient Care Ombudsman in this case.

3. Debtor shall not refile a Chapter 11 case within 90 days after dismissal of this case. If the Debtor files any bankruptcy case within 90 days after dismissal of this case Mission Hospital shall upon such filing have relief from the automatic stay without further order to exercise its rights and remedies to obtain possession of the Property if the Debtor is in possession of the Property at that time

Dated: November 28, 2022        Omero Banuelos, Attorney at Law

*Omero Banuelos*
Omero Banuelos, Esq.
Attorney for the Debtor

| | |
|---|---|
| Dated: November 28, 2022 | SUBCHAPTER V TRUSTEE |
| | */s/ Mark M. Sharf/* |
| | Mark M. Sharf, Subchapter V Trustee |
| Dated: November 28, 2022 | EPPS & COULSON, LLP |
| | |
| | Tamar Terzian, Patient Care Ombudsman |
| Dated: November 28, 2022 | OFFICE OF THE UNITED STATES TRUSTEE |
| | */s/ Michael Hauser/* |
| | Michael Hauser, Esq. |
| | Attorneys for United States Trustee |
| Dated: November 28, 2022 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| | |
| | Theodore A. Cohen |
| | Attorneys for Mission Hospital Regional Medical Center, dba Mission Hospital |

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: November 28, 2022 | SUBCHAPTER V TRUSTEE |
| 3 | | |
| 4 | | _/s/ Mark M. Sharf_<br>Mark M. Sharf, Subchapter V Trustee |
| 5 | Dated: November 28, 2022 | EPPS & COULSON, LLP |
| 6 | | |
| 7 | | |
| 8 | | Tamar Terzian, Patient Care Ombudsman |
| 9 | | |
| 10 | Dated: November 28, 2022 | OFFICE OF THE UNITED STATES TRUSTEE |
| 11 | | |
| 12 | | |
| 13 | | Michael Hauser, Esq.<br>Attorneys for United States Trustee |
| 14 | | |
| 15 | Dated: November 28, 2022 | SHEPPARD, MULLIN, RICHTER<br>& HAMPTON LLP |
| 16 | | |
| 17 | | _/s/ Theodore A. Cohen_ |
| 18 | | Theodore A. Cohen |
| 19 | | Attorneys for Mission Hospital Regional Medical Center, dba Mission Hospital |

Dated: November 28, 2022                SUBCHAPTER V TRUSTEE

_____
Mark M. Sharf, Subchapter V Trustee

Dated: November 28, 2022                EPPS & COULSON, LLP

_____
Tamar Terzian, Patient Care Ombudsman

Dated: November 28, 2022                OFFICE OF THE UNITED STATES TRUSTEE

_____
Michael Hauser, Esq.
Attorneys for United States Trustee

Dated: November 28, 2022                SHEPPARD, MULLIN, RICHTER
                                        & HAMPTON LLP

_____
Theodore A. Cohen
Attorneys for Mission Hospital Regional Medical
Center, dba Mission Hospital